**ORIGINAL**



**FILED**

01/15/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 25-0005

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 25-0005

---

IN RE MOTION OF PETER K. PUTZIER FOR
ADMISSION TO THE BAR OF THE STATE OF
MONTANA

O R D E R

---

Peter K. Putzier has moved for admission to the Bar of the State of Montana pursuant to Rule V of the Rules for Admission, Admission on Motion. The Bar Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that Putzier provided the necessary documentation and has satisfied the requirements prerequisite to admission on motion under Rule V. Putzier also requests to be sworn in by an authorized judge in Anchorage, Alaska. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, Peter K. Putzier may be sworn in to the practice of law in the State of Montana by an authorized judge in Anchorage, Alaska.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 15 day of January, 2025.

_____
Chief Justice

_____

_____

_____

**FILED**

JAN 1 5 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____
Katherine M Bisheguay

_____
Justices